JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CABINET MAKERS, MILLMEN AND INDUSTRIAL CARPENTERS LOCAL 721,<br><br>                Petitioner,<br><br>        vs.<br><br>NORTHWESTERN, INC.,<br><br>           Respondent. | ) CASE NO.: 2:15-CV-4392-JFW (ASx)<br>)<br>) JUDGMENT CONFIRMING<br>) ARBITRATION AWARD ISSUED BY<br>) ARBITRATOR JEROME T. BARRETT<br>) IN FAVOR OF CARPENTERS LOCAL<br>) 721 AND AGAINST COMMERCIAL<br>) WOOD PRODUCTS COMPANY<br>)<br>)<br>)<br>)<br>)<br>) |

Upon consideration of the contentions of Petitioner Cabinet Makers, Millmen and Industrial Carpenters Local 721 ("Union") in open Court, this Court having jurisdiction under Section 301 of the Labor Management Relations Act, 29 U.S.C. § 185, and good cause appearing therefor,

IT IS HEREBY ORDERED AND ADJUDGED that the Award issued by Arbitrator Jerome T. Barrett on May 20, 2015 in favor of the Union and against the Respondent Northwestern, Inc. is hereby confirmed and enforced in its entirety. Respondent shall fully comply with the Award, including paying $648.00 to the Union and $433,541.97 to the employees as follows:

| NAME | EMPLOYEE AMOUNTS | VACATION AMOUNTS | PENALTY AMOUNTS | TOTAL |
|---|---|---|---|---|
| Compton, Eric | $ 7,015.88 | $ - | $ 6,360.00 | $ 13,375.88 |
| Cramer, Robert | $ 1,083.36 | $ - | $ 7,104.00 | $ 8,187.36 |
| Warren, Daniel | $ 4,271.40 | $ - | $ 5,184.00 | $ 9,455.40 |
| Barrera Jr., Antonio | $ 5,054.82 | $ 1,484.80 | $ 4,454.40 | $ 10,994.02 |
| Barrera, Angel | $ 2,377.76 | $ 509.85 | $ 2,160.00 | $ 5,047.61 |
| Cruz, Ernesto | $ 9,756.23 | $ - | $ 5,570.40 | $ 15,326.63 |
| Cubias, Pascual | $ 8,698.04 | $ 7,165.20 | $ 6,141.60 | $ 21,923.84 |
| Ferialdi, Michele | $ 13,739.91 | $ 5,913.30 | $ 6,261.60 | $ 25,914.81 |
| Figueroa, Julio | $ 6,756.34 | $ 3,305.40 | $ 5,570.40 | $ 15,632.14 |
| Gamboa, Sergio | $ 6,103.29 | $ 1,113.60 | $ 4,454.40 | $ 11,671.29 |
| Gutierrez, Fernando | $ 6,959.26 | $ 1,449.67 | $ 6,141.60 | $ 14,550.53 |
| Hernandez, Ruben | $ 6,795.69 | $ - | $ 6,141.60 | $ 12,937.29 |
| Ibarra, Jose | $ 4,690.90 | $ 1,820.07 | $ 5,040.00 | $ 11,550.97 |
| Jerz, Mario | $ 6,845.33 | $ 2,900.63 | $ 6,141.60 | $ 15,887.56 |
| Mora, Eduardo | $ 1,532.70 | $ 3,326.70 | $ 6,141.60 | $ 10,974.00 |
| Mora, Manuel | $ 4,905.88 | $ 5,156.00 | $ 6,187.20 | $ 16,168.08 |
| Moreno, Rene | $ 9,218.41 | $ 1,890.68 | $ 4,003.20 | $ 15,031.29 |
| Obando, Jose | $ 4,015.33 | $ 928.40 | $ 5,570.40 | $ 10,514.13 |
| Ochoa, Manuel | $ 770.25 | $ 2,106.93 | $ 4,740.00 | $ 7,617.18 |

| | | | | |
|---|---|---|---|---|
| Ramirez, Rafael | $ 8,188.65 | $ 2,900.63 | $ 6,141.60 | $ 17,230.88 |
| Ramirez, Ruben | $ 7,165.24 | $ 1,912.85 | $ 6,141.60 | $ 15,219.69 |
| Reyes, Jose | $ 7,738.94 | $ 2,560.69 | $ 4,610.40 | $ 14,829.03 |
| Reyes, Miguel | $ 9,862.01 | $ 5,118.00 | $ 6,141.60 | $ 21,040.61 |
| Robledo, Juan | $ 4,806.15 | $ 2,386.07 | $ 4,296.00 | $ 11,488.22 |
| Rodriguez, Jesus | $ 3,528.13 | $ 366.30 | $ 2,640.00 | $ 6,534.43 |
| Rodriguez, Jose | $ 8,329.59 | $ 3,411.15 | $ 6,141.60 | $ 17,882.34 |
| Roque, Medardo | $ 6,532.68 | $ 3,411.15 | $ 6,141.60 | $ 16,004.43 |
| Troncoso, Jesus | $ 7,688.07 | $ 2,864.00 | $ 4,296.00 | $ 14,767.07 |
| Walker, Edward | $ 9,508.59 | $ 2,011.01 | $ 7,236.00 | $ 18,755.60 |
| Yu, Raymond | $ 1,901.24 | $ 5,118.00 | $ 6,141.60 | $ 13,106.84 |
| Cordero, Reynaldo | | $ 1,313.19 | | $ 1,313.19 |
| Hernandez, Bernardo | | $ 555.00 | | $ 555.00 |
| Elizondo, Walter | | $ 3,070.80 | | $ 3,070.80 |
| Mora, Manual Jr. | | $ 2,055.20 | | $ 2,055.20 |
| Benitez, Mario | | $ 1,536.80 | | $ 1,536.80 |
| Lucero, Mauricio | | $ 4,094.40 | | $ 4,094.40 |
| LaBreche Dan | | $ 560.28 | | $ 560.28 |
| Robledo, Hector | | $ 737.15 | | $ 737.15 |
| TOTAL | | | | $ 433,541.97 |

IT IS FURTHER ORDERED AND ADJUDGED that, pursuant to California Civil Code Section 3289(b), Respondent must pay an interest at a rate of ten (10) percent per annum from the time of the breach until full satisfaction of the arbitration award.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that CABINET MAKERS, MILLMEN AND INDUSTRIAL CARPENTERS LOCAL 721 has a judgment against COMMERCIAL WOOD PRODUCTS COMPANY, as follows:

///

///

1.      Amount owed to employees and Petitioner                    $434,189.97

2.      Interest of ten (10) percent per annum on                  $1,825.69
        $433,541.97, pursuant to California Civil Code
        Section 3289(b), from August 1, 2011,
        Until the date of this Judgment, _____, 2015             _____

TOTAL                                                              _____

        IT IS SO ADJUDGED.

DATED: November 23, 2015

                                        _____
                                        UNITED STATES DISTRICT JUDGE